FILED: March 26, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4645

(6:11-cr-02026-GRA-6)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

DANIEL ANTONIO MURRAYE, a/k/a D

        Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the response brief shall be disfavored. The briefing schedule is extended as follows:

    Response brief due: 04/16/2014

    Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk